# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLOS FREDERICO PERREIRA ANDRADE,** | : <br> : <br> : **CIVIL ACTION** |
| **Plaintiff,** | : <br> : **NO.:** |
| v. | : <br> : |
| **NVR, INC.** | : <br> : |
| and | : <br> : |
| **JOHN DOE SITE SUPERVISOR** | : <br> : |
| **Defendants.** | : <br> : |

## NOTICE OF REMOVAL OF DEFENDANT NVR, INC.

Defendant, NVR, Inc., by and through its counsel, Rawle & Henderson LLP, hereby files this Notice of Removal of the above-captioned action from the Court of Common Pleas of Delaware County, Pennsylvania, in which it is now pending, to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1441 (a) and (b), §1446 (b) and (c), and §1332. In support of removal, the removing Defendant respectfully states the following:

1.  On or about January 6, 2026, Plaintiff filed a Civil Action Complaint in the Court of Common Pleas of Delaware County, Pennsylvania entitled *Carlos Frederico Pereira Andrade v. NVR, Inc. and John Doe Site Supervisor,* under

#20227246-1

Docket Number CV-2026-000110. A true and correct copy of the Complaint is attached hereto and incorporated herein as *Exhibit "A."*

2.  Defendant NVR, Inc. was served with the Complaint on or about January 9, 2026. A true and correct copy of the Affidavit of Service is attached hereto and incorporated herein as *Exhibit "B."*

3.  According to the Complaint, Plaintiff is a resident and citizen of Pennsylvania. *See Exhibit "A."*

4.  Defendant, NVR., Inc., is a Virginia corporation with its principal place of business in Reston, Fairfax County, Commonwealth of Virginia. *See Exhibit "A."*

5.  The individual John Doe Site Supervisor noted in the Complaint has not been identified or served and, as such, his/her citizenship is not necessary for purposes of this removal petition.

6.  Plaintiff is asserting claims for personal injury alleging that he "was carrying the granite countertop with his co-workers, his foot trip over some of the debris on the ground causing the countertop to fall on Carlos Andrade, crushing his leg." *See Exhibit "A"* at ¶ 35.

7.  According to the Complaint, Plaintiff is seeking damages in excess of $50,000.00, the most that can properly be alleged under Pennsylvania's Rules of Civil Procedure, indicating a major jury case and not a matter eligible for arbitration. *See Exhibit "A"* at *ad damnum* clause on pg. 10.

#20227246-1

8. Upon information and belief, the amount in controversy in this action exceeds $75,000.00, exclusive of interests and costs.

9. The elements for original federal jurisdiction, diversity of citizenship and amount in controversy, are sufficiently ascertained from the Complaint; therefore, removal is proper under 28 U.S.C. §1446(b)(l).

10. This notice of removal is timely.

11. Moreover, since this Notice of Removal is being filed before the co-defendant has been identified or served with the Complaint, removal is proper pursuant to 28 U.S.C. 1441(b).

12. The jurisdiction of the Eastern District of Pennsylvania includes Delaware County, Pennsylvania, where the original action is pending.

13. A true and correct copy of this Notice of Removal is being filed with the Prothonotary of the Court of Common Pleas of Delaware County, Pennsylvania as required by 28 U.S.C. § 1446(d).

14. Written notification of the filing of this Notice of Removal will be provided to all counsel and parties.

15. No admission of fact, law or liability is intended by this Notice of Removal, and all denials, affirmative defenses and motions are hereby reserved by Defendant NVR, Inc.

**WHEREFORE**, Defendant, NVR, Inc., hereby removes the action entitled *Carlos Frederico Pereira Andrade v. NVR, Inc. and John Doe Site Supervisor,* docketed at CV-2026-000110 with the Court of Common Pleas of Delaware County, Pennsylvania, where it is currently pending, to the United States District Court for the Eastern District of Pennsylvania.

          Respectfully submitted,

          **RAWLE & HENDERSON LLP**

**By:**   */s/ William J. Carr*
       William J. Carr, Esquire
       I.D. No.: 79735
       Centre Square West
       1500 Market Street, 19th Floor
       Philadelphia, PA 19102
       Phone: (215) 575-4200
       E-mail: wcarr@rawle.com
       *Counsel for Defendant NVR, Inc.*

**Date:** February 9, 2026

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLOS FREDERICO PERREIRA ANDRADE,** : | |
| : | **CIVIL ACTION** |
| **Plaintiff,** : | |
| : | **NO.:** |
| v. : | |
| : | |
| **NVR, INC.** : | |
| : | |
| **and** : | |
| : | |
| **JOHN DOE SITE SUPERVISOR** : | |
| | |
| **Defendants.** | |

## **CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the Public Access Policy of the United Judicial System of Pennsylvania; Case Records of the Appellant and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

#20227246-1

          Respectfully submitted,

          **RAWLE & HENDERSON** LLP

**By:**   */s/ William J. Carr*
       William J. Carr, Esquire
       I.D. No.: 79735
       Centre Square West
       1500 Market Street, 19th Floor
       Philadelphia, PA 19102
       Phone:  (215) 575-4200
       E-mail: wcarr@rawle.com
       *Counsel for Defendant NVR, Inc.*

**Date:** February 9, 2026

#20227246-1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLOS FREDERICO PERREIRA ANDRADE,** : | |
| : | **CIVIL ACTION** |
| **Plaintiff,** : | |
| : | **NO.:** |
| v. : | |
| : | |
| **NVR, INC.** : | |
| : | |
| and : | |
| : | |
| **JOHN DOE SITE SUPERVISOR** : | |
| : | |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

William J. Carr, Esquire, counsel for Defendant, NVR, Inc., hereby certifies that a true and correct copy of its Notice of Removal to the United States District Court for the Eastern District of Pennsylvania was filed with the Clerk of the U.S. District Court for the Eastern District of Pennsylvania using the CM/ECF System and a true and correct copy was served to all counsel of record via email and/or the CM/ECF System on the 9th of February, 2026.

#20227246-1

Respectfully submitted,

**RAWLE & HENDERSON LLP**

**By:** */s/ William J. Carr*
William J. Carr, Esquire
I.D. No.: 79735
Centre Square West
1500 Market Street, 19th Floor
Philadelphia, PA 19102
Phone: (215) 575-4200
E-mail: wcarr@rawle.com
*Counsel for Defendant NVR, Inc.*

#20227246-1